# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Alvin Hoffpauir and Myesia L. Hoffpauir | **Case No :** | 09−93640 − D − 13G |
| | | **Date :** | 1/25/10 |
| | | **Time :** | 02:00 |
| **Matter :** | [14] − Motion/Application to Value Collateral of America's Servicing Company [FW−1] Filed by Debtor Alvin Hoffpauir IV, Joint Debtor Myesia L. Hoffpauir (sbam) | | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | Sherrie L. Barakatt | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was: Granted. The creditor's secured claim is valued at $0.00 No further relief is being afforded. Resolved without oral argument.

ORDER TO BE PREPARED BY :      Movant(s)